IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 12-cv-00014-JLK**
Criminal Action **No. 07-cr-00471-JLK-1**

**UNITED STATES OF AMERICA**,

v.

**ERIC MAJORS**,

    Movant.

## ORDER

Kane, J.

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before February 10, 2012, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated: January 10, 2012        BY THE COURT:

                                              **/s/ John L. Kane**
                                              Senior U.S. District Judge